IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE SUBPOENA DUCES TECUM TO RESET 180 (Respondent) | ) ) ) ) |
| JULIA HUBBARD AND KAYLA GOEDINGHAUS | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:25-mc-00027 PTG/IDD ) |
| TRAMMELL S. CROW, JR *et al.*, | ) ) ) |
| Defendant (Movant). | ) ) ) |

## ORDER

This matter is before the Court on Respondent Reset 180's Contested Motion to File a Very Short Sur-Reply ("Motion") [Dkt. No. 14]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for lack of good cause, it is hereby

ORDERED that the Motion is **DENIED as moot.** As their basis for this Motion, Respondent opines that the Court canceled the motion hearing set for this Friday, February 13, 2026, pursuant to this Court's February 10, 2026, Order [Dkt. No. 11]. Respondent's interpretation of this Court's February 10, 2026, Order is incorrect because the Court did not cancel the hearing regarding Movant's Motion to Compel [Dkt. No. 1]. That Order only required Respondent to refile their response to the Motion to Compel so that it was compliant with the page limits set forth in this Court's Local Civil Rule 7(F)(3). Given that oral argument will be held regarding the

underlying discovery issue and Respondent has already filed a revised response in opposition [Dkt. No. 13], the basis for this Motion is moot.

ENTERED this 11th day of February 2026.

_____/s/_____

Ivan D. Davis
United States Magistrate Judge

Alexandria, VA